IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Cr. No. 04-20197-D/V

JOSE MENDOZA,

        Defendant.

---

ORDER GRANTING MOTION TO BE PERMITTED TO TRAVEL
AND FOR TEMPORARY RELEASE FROM ELECTRONIC MONITORING

---

THIS CAUSE having come before this Court upon the petition of defendant JOSE MENDOZA that he be permitted to travel to visit family members prior from June 24, 2005, until June 28, 2005, and that he be temporarily released from electronic monitoring to permit such travel.

The Court having considered the record, finds the petition well-taken, and GRANTS the motion.

The defendant is permitted to visit with family members in Westlaco, Texas, prior to entry into the prison system, from June 24, 2005, through June 28, 2005. During that time, his electronic monitoring shall be temporarily suspended; but he must advise the pretrial office of his location, and otherwise remain in contact with the pretrial office by any other means ordered by that office.

IT IS SO ORDERED.

6-17-2005
DATE                                               UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 144 in case 2:04-CR-20197 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT