IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 3:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                          Cr. No. 04-20197-D/V

JOSE MENDOZA,

        Defendant.

---

ORDER GRANTING MOTION TO BE PERMITTED TO TRAVEL
AND FOR TEMPORARY RELEASE FROM ELECTRONIC MONITORING

---

THIS CAUSE having come before this Court upon the petition of defendant JOSE MENDOZA that he be permitted a one-day extension of time to travel to Westlaco, Texas, visit family members until June 29, 2005, and that he be temporarily released from electronic monitoring to permit such travel.

The Court having considered the record, finds the petition well-taken, and GRANTS the motion.

The defendant is permitted a one-day extension of time to visit with family members in Westlaco, Texas, prior to entry into the prison system, from June 24, 2005, through June 29, 2005. During that time, his electronic monitoring shall be temporarily suspended; but he must advise remain in contact with the pretrial office by any other means ordered by that office.

IT IS SO ORDERED.

6-30-2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 2:04-CR-20197 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT